IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL A. WESBECHER,

    Plaintiff,                    No. CIV S-01-2410 FCD DAD P

    vs.

STEPHEN D. LANDAKER, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2005 defendants filed their second motion for summary judgement; however, the motion was not served on plaintiff at his current address. On January 4, 2005, plaintiff filed a proof of service and notice of change of address which indicates that plaintiff's current address is: Deuel Vocational Institution, P.O. Box 600, Tracy, CA 95378-0600. The court will order defendants to re-serve their motion and to file a new proof of service.

        Accordingly, IT IS ORDERED that:

        1. Defendants shall re-serve their memorandum in support of their second motion for summary judgment and statement of undisputed material facts, on plaintiff at his Tracy, California address.

        2. Defendants shall file a certificate of proof of service.

1

1      3.  Plaintiff shall file his opposition to the second motion for summary judgment
2 within thirty days from the service of the motion.  Plaintiff's failure to file an opposition shall be
3 deemed a waiver of any opposition to the granting of the motion.  <u>See</u> Local Rule 78-230(m).
4 DATED: May 20, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wesb2410.reserv

2