IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL A. WESBECHER,

      Plaintiff,                                No. CIV S-01-2410 FCD DAD P

      vs.

STEPHEN D. LANDAKER, et al.,

      Defendants.                         <u>AMENDED ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 1, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations and defendants have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

By this amended order, the undersigned corrects the order and judgment entered on August 6, 2008, as to defendant Stephen Landaker. <u>See</u> Fed. R. Civ. P. 60(a). On March 8, 2004, defendant Landaker's August 15, 2003 motion for summary judgment was granted and defendant Landaker was dismissed with prejudice. Therefore, the dismissal of this action as to this defendant should be with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2008, are adopted in full;

2. Defendants Reichel and Krzyzek's second motion for summary judgment filed on April 28, 2005, is granted;

3. This action is dismissed without prejudice as to defendants Reichel and Krzyzek;

4. This action is dismissed with prejudice as to defendant Landaker; and

5. An amended judgment pursuant to this order shall be entered.

DATED: August 13, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE