IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL A. WESBECHER,

    Plaintiff,                      No. CIV S-01-2410 FCD DAD P

    vs.

STEPHEN D. LANDAKER, et al.,

    Defendants.               <u>ORDER</u>

                                  /

On July 1, 2008, the undersigned issued findings and recommendations recommending that the motion for summary judgment filed on behalf of defendants Reichel and Krzyzek in this action be granted and that the action be dismissed without prejudice as to those defendants pursuant to the holding in <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994). Those findings and recommendation were adopted by the assigned district judge on August 13, 2008 and judgment was entered accordingly.[1]

Just prior to the entry of the amended judgment, on August 11, 2008, plaintiff filed a document with the court entitled, "Notice Of Motion And Motion To Compel California

---

[1] The amended order and judgment filed August 13, 2008, clarified that the action against defendants Reichel and Krzyzek was dismissed without prejudice and that the action as to defendant Landaker, who was granted summary judgment on other grounds on August 15, 2003, was dismissed with prejudice.

1

1 Certified Court Reporter To Produce A Correct, Complete Jury Trial Transcript." Therein,
2 plaintiff sought a court order requiring the production of a complete and correct transcript of his
3 misdemeanor criminal jury trial in state court in order to support his opposition to defendants'
4 motion for summary judgment.[2]

5       The court will deny plaintiff's motion. On September 12, 2008, plaintiff filed a
6 Notice of Appeal from the judgment entered in this case. Any request with respect to transcripts
7 or the record in this case should be directed to the Ninth Circuit Court of Appeals.

8       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 11, 2008 motion
9 to compel the trial court reporter to produce a trial transcript (Doc. No. 139), is denied.
10 DATED: September 23, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:4
wesb2410.ord139

---

[2] In his motion plaintiff claims that the official transcript of those proceedings "is an intentional fraud upon the court." (Mot. at 3.)